```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

IN RE:                          )     Chapter 7
                                )
JANICE G. SPAGNOLIA             )     Case No. 04 B 07910
                                )
         Debtors.               )     Honorable Jack B. Schmetterer
```

## TRUSTEE'S FINAL REPORT

To:  The Honorable Jack B. Schmetterer
     Bankruptcy Judge

    NOW COMES DAVID R. HERZOG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

    1.  The Petition commencing this case was filed on March 2, 2004 under Chapter 7 of the Bankruptcy Code ("Code").

    2.  Thereafter, David R. Herzog was appointed as Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

    3.  The Trustee certifies he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under order of this Court or are sought to be abandoned by the Trustee; there is no other property belonging to the estate to the best of the Trustee's knowledge; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this

-1-

estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

4    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $ 0.00. The property abandoned, or sought to be abandoned herein, along with the reasons for such abandonment, is described in the aforesaid "Exhibit B".

5    A summary of the Trustee's final account as of is as follows:

    a.    RECEIPTS (see Exhibit C)    $ 70,229.60

    b.    DISBURSEMENTS (see Exhibit C)    $ 45,700.62

    c.    NET CASH available for distribution  $ 24,528.98

    d.    ADMINISTRATIVE EXPENSES:

        1.    Trustee's compensation requested (see Exhibit E)    $ 6,386.48

        2.    Expenses (see Exhibit E)
            Photocopies    $ 0.00

        3.    Compensation requested by attorney or other professionals for Trustee (see Exhibit F)

            Attorneys for Trustee    $ 0.00

6    The Bar Date for filing unsecured claims expired on October 3, 2005.

7    All claims filed in this case with the Clerk of Bankruptcy Court have been reviewed by the Trustee to the extent warranted by the circumstances of this case, and a report is attached as Exhibit D. The actual dollar amount of claims allowed and/or filed for this estate is as follows:

    a.   Allowed unpaid secured claims    $    0.00

    b.   Chapter 7 administrative claims    $    6,386.48
         (Including Clerk's Fees)

    c.   Chapter 11 administrative claims    $    0.00

    d.   Allowed priority claims    $    0.00

    e.   Allowed unsecured claims    $    24,043.69

8.   There were no priority claims filed in this estate.

9.   Trustee proposes that unsecured creditors receive a distribution of .75389842407% of allowed claims.

10.  Total compensation previously awarded to Trustee's counsel, accountant, or other professional is $23,525.06. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00 (See Exhibit G).

11.  A fee of $850.00 was paid to the attorneys for the Debtor for services rendered in connection with this case and no basis appears to request an examination of those fees pursuant to 11 U.S.C. Section 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above foregoing is true and correct, requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. Sections 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement and make final allowance of the administrative claims and expenses stated in

this report, and for such other and further relief as the Court shall deem proper.

                                                RESPECTFULLY SUBMITTED:

DATE: 10/3/06                /s/ David R. Herzog
                                      SIGNATURE

                                      David R. Herzog
                                      TRUSTEE NAME

                                      77 W. Washington St., Ste. 1717
                                      Chicago, Illinois 60602
                                      ADDRESS

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-07910 JS  
**Case Name:** SPAGNOLIA, JANICE G.  
**Period Ending:** 08/31/06

**Trustee:** (330520)   DAVID HERZOG  
**Filed (f) or Converted (c):** 03/02/04 (f)  
**§341(a) Meeting Date:** 04/08/04  
**Claims Bar Date:** 10/03/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS/FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL/SHOES | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 1993 FORD ESCORT | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5 | PERSONAL INJURY SUIT  (u) | Unknown | 70,000.00 | | 70,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 229.60 | Unknown |
| 6 | **Assets   Totals** (Excluding unknown values) | **$1,500.00** | **$70,000.00** | | **$70,229.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare final report.

**Initial Projected Date Of Final Report (TFR):** December 31, 2005    **Current Projected Date Of Final Report (TFR):** April 1, 2006

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-07910 JS  
**Case Name:** SPAGNOLIA, JANICE G.

**Taxpayer ID #:** 13-7435079  
**Period Ending:** 08/31/06

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/04 | | Allegretti & Associates | P.I. Settlement Proceeds | | 31,862.59 | | 31,862.59 |
| | {5} | Allegretti & Associates | Personal Injury Settlement   70,000.00 | 1242-000 | | | 31,862.59 |
| | | James Allegretti | Special Counsel's Attorneys Fees   -23,333.33 | 3210-600 | | | 31,862.59 |
| | | James Allegretti | Special Counsel's Costs   -191.73 | 3220-000 | | | 31,862.59 |
| | | Various Medical Claims | Payment of various medical claims (p.i. case)   -14,612.35 | 7100-000 | | | 31,862.59 |
| 12/16/04 | 1001 | Janice Spanolia | Payment of Homestead Exemption | 8100-002 | | 7,500.00 | 24,362.59 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.24 | | 24,366.83 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 6.11 | | 24,372.94 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 5.81 | | 24,378.75 |
| 02/28/05 | | CHASE | Federal Withholding | 2810-000 | | 2.90 | 24,375.85 |
| 02/28/05 | | CHASE | Federal Withholding | 2810-000 | | 1.63 | 24,374.22 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 7.25 | | 24,381.47 |
| 03/31/05 | | CHASE | Federal Withholding | 2810-000 | | 2.03 | 24,379.44 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 7.01 | | 24,386.45 |
| 04/30/05 | | CHASE | Federal Withholding | 2810-000 | | 1.96 | 24,384.49 |
| 05/26/05 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE #04-07910, Blanket Bond Premium Voided on 05/26/05 | 2300-000 | | 20.76 | 24,363.73 |
| 05/26/05 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE | 2300-000 | | -20.76 | 24,384.49 |

**Subtotals :**   $31,893.01   $7,508.52

{} Asset reference(s)

Printed: 01/23/2007 04:12 PM   V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-07910 JS  
**Case Name:** SPAGNOLIA, JANICE G.

**Taxpayer ID #:** 13-7435079  
**Period Ending:** 08/31/06

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #04-07910, Blanket Bond Premium<br>Voided: check issued on 05/26/05 | | | | |
| 05/26/05 | 1003 | International Sureties | Blanket Bond Premium | 2300-000 | | 20.76 | 24,363.73 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 7.25 | | 24,370.98 |
| 05/31/05 | | CHASE | Federal Withholding | 2810-000 | | 2.03 | 24,368.95 |
| 06/30/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 7.78 | | 24,376.73 |
| 06/30/05 | | CHASE | Federal Withholding | 2810-000 | | 2.18 | 24,374.55 |
| 07/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4500% | 1270-000 | 8.45 | | 24,383.00 |
| 07/31/05 | | CHASE | Federal Withholding | 2810-000 | | 2.37 | 24,380.63 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 9.32 | | 24,389.95 |
| 08/31/05 | | CHASE | Federal Withholding | 2810-000 | | 2.61 | 24,387.34 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 9.59 | | 24,396.93 |
| 09/30/05 | | CHASE | Federal Withholding | 2810-000 | | 2.69 | 24,394.24 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 10.60 | | 24,404.84 |
| 10/31/05 | | CHASE | Federal Withholding | 2810-000 | | 2.97 | 24,401.87 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 11.03 | | 24,412.90 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.21 | | 24,425.11 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 13.76 | | 24,438.87 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 13.13 | | 24,452.00 |
| 03/01/06 | 1004 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2006 FOR CASE #04-07910 | 2300-000 | | 19.08 | 24,432.92 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.54 | | 24,447.46 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.48 | | 24,462.94 |

**Subtotals :**       **$133.14**       **$54.69**

{} Asset reference(s)

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-07910 JS
**Case Name:** SPAGNOLIA, JANICE G.

**Taxpayer ID #:** 13-7435079
**Period Ending:** 08/31/06

**Trustee:** DAVID HERZOG (330520)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****19-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.63 | | 24,479.57 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.10 | | 24,495.67 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.65 | | 24,512.32 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.66 | | 24,528.98 |
| | | | **ACCOUNT TOTALS** | | 32,092.19 | 7,563.21 | **$24,528.98** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 32,092.19 | 7,563.21 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,092.19** | **$63.21** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****19-65** | 32,092.19 | 63.21 | 24,528.98 |
| | $32,092.19 | $63.21 | $24,528.98 |

{} Asset reference(s)                                        Printed: 01/23/2007 04:12 PM    V.9.02

**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **JANICE G. SPAGNOLIA** | ) | **Case No. 04 B 07910** |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

**PROPOSED
DISTRIBUTION REPORT**

I, David R. Herzog, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of the Court, and state that based on my review I propose to make the following distributions:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Chapter 7 Administrative Expenses: | $ | 6,386.48 |
| Chapter 11 Administrative Expenses: | $ | -0- |
| Priority Claims (507(a)(3)-(a)(6)): | $ | -0- |
| Secured Tax Liens: | $ | -0- |
| Priority Tax Claims: | $ | -0- |
| General Unsecured Claims: | $ | 18,142.50 |
| Other: N/A | | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 24,528.98 |

DISTRIBUTION REPORT - CONT'D                                           PAGE 2 of 6

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| § 726(a) & (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 6,386.48 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | David R. Herzog, Trustee in Bankruptcy | $ 6,386.48 | $ 6,386.48 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a) & (b) and § 507(a)(1) (Debtor-in-Possession (DIP) administrative expenses) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(2) - Gap Claims arising in involuntary cases and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                                    PAGE 3 of 6

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(3) - Wages, salaries or commissions limited to $2,000.00 | $  - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(4) - Contributions Employment Funds | $  - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000.00 | $  - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(6) - Deposits by consumers to the extent of $900 | $  - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                                      PAGE 4 of 6

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 724(b)(2) - Tax Liens | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(7) - Tax claims excluding fines and penalties and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(8) - Capital commitments to FDIC, et al. and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(8) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 24,043.69 | .75456387933 |

DISTRIBUTION REPORT - CONT'D                                              PAGE 5 of 6

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 4 | American Express Cent. | $ 3,218.57 | $ 2,428.61 |
| 1 | Capital One Auto Fin. | $ 5,155.21 | $ 3,889.94 |
| 5 | Citibank (South Dakota) | $ 1,126.96 | $ 850.36 |
| 6 | Citibank (South Dakota) | $ 572.08 | $ 431.67 |
| 7 | eCast Settlement Corp. | $ 3,081.24 | $ 2,324.99 |
| 8 | Citibank (South Dakota) | $ 5,309.34 | $ 4,006.24 |
| 2 | Diagnostic Imagining | $ 405.00 | $ 305.59 |
| 3 | MBNA America Bank NA | $ 5,175.29 | $ 3,905.08 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(3) - Late unsecured claims | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 726(a)(5) - Fines/penalties excluding fines and penalties and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D                                    PAGE 6 of 6

| **14. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| § 726(a)(5) - Interest | $ - 0 - | N/A |

| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | | |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED:_____

                                                          David R. Herzog,
                                                          Trustee in Bankruptcy