UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JANICE G. SPAGNOLIA, | ) | CASE NO. 04 B 07910 |
| | ) | |
| DEBTOR. | ) | JUDGE JACK B. SCHMETTERER |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** **David R. Herzog**
**77 West Washington, Suite 1717**
**Chicago, IL 60602**
**Registrant's e-mail: drhlaw@mindspring.com**

**Please Take Notice** that on January 24, 2007, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: January 24, 2007        BY: /S/ Cameron M. Gulden
                                    Cameron M. Gulden
                                    Attorney Id.# 0310931
                                    Office of the U.S. Trustee
                                    227 W. Monroe St. - Suite 3350
                                    Chicago, IL 60606
                                    (312) 886-2614

**CERTIFICATE OF SERVICE**

I, Cameron M. Gulden, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on January 24, 2007.

/S/ Cameron M. Gulden