IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JANICE G. SPAGNOLIA | ) | Case No. 04 B 07910 |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: United States Bankruptcy Court, 219 South Dearborn, Courtroom 682, Chicago, IL 60604

    On: February 22, 2007          Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                             $ 70,229.60

    Disbursements                        $ 45,700.62

    Net Cash Available for Distribution  $ 24,528.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| David R. Herzog, Trustee in Bankruptcy | 0 | $ 7,011.48 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

N/A

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $24,043.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .75456387933%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 4 | American Express Cent. | $ 3,218.57 | $ 2,428.61 |
| 1 | Capital One Auto Fin. | $ 5,155.21 | $ 3,889.94 |
| 5 | Citibank (South Dakota) | $ 1,126.96 | $ 850.36 |
| 6 | Citibank (South Dakota) | $ 572.08 | $ 431.67 |
| 7 | eCast Settlement Corp. | $ 3,081.24 | $ 2,324.99 |
| 8 | Citibank (South Dakota) | $ 5,309.34 | $ 4,006.24 |
| 2 | Diagnostic Imagining | $ 405.00 | $ 305.59 |
| 3 | MBNA America Bank NA | $ 5,175.29 | $ 3,905.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: <u>January 31, 2007</u>                                      For the Court,

                                                      By:
                                                          <u>KENNETH S GARDNER</u>
                                                          Kenneth S. Gardner
                                                          Clerk of the U.S. Bankruptcy Court
                                                          219 So. Dearborn Street; 7th Floor
                                                          Chicago, IL 60604

Trustee:       David R. Herzog
Address:       77 West Washington, Suite 1717
               Chicago, Illinois 60602
Phone No.:     (312) 977-1600