IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JANICE G. SPAGNOLIA | ) | Case No. 04 B 07910 |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court, 219 South Dearborn, Courtroom 682, Chicago, IL 60604

   On: February 22, 2007          Time: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $ 70,229.60 |
   | Disbursements | $ 45,700.62 |
   | Net Cash Available for Distribution | $ 24,528.98 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | David R. Herzog, Trustee in Bankruptcy | 0 | $ 7,011.48 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|

   N/A

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $24,043.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .75456387933%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 4 | American Express Cent. | $ 3,218.57 | $ 2,428.61 |
| 1 | Capital One Auto Fin. | $ 5,155.21 | $ 3,889.94 |
| 5 | Citibank (South Dakota) | $ 1,126.96 | $ 850.36 |
| 6 | Citibank (South Dakota) | $ 572.08 | $ 431.67 |
| 7 | eCast Settlement Corp. | $ 3,081.24 | $ 2,324.99 |
| 8 | Citibank (South Dakota) | $ 5,309.34 | $ 4,006.24 |
| 2 | Diagnostic Imagining | $ 405.00 | $ 305.59 |
| 3 | MBNA America Bank NA | $ 5,175.29 | $ 3,905.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: <u>January 31, 2007</u>   For the Court,

By:
<u>KENNETH S GARDNER</u>
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     David R. Herzog
Address:    77 West Washington, Suite 1717
            Chicago, Illinois 60602
Phone No.:  (312) 977-1600

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7910   Doc 31   Filed 01/31/07   Entered 02/02/07 23:43:38   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 2            Date Rcvd: Jan 31, 2007
Case: 04-07910                    Form ID: pdf002              Total Served: 46
```

The following entities were served by first class mail on Feb 02, 2007.
```
db           Janice G Spagnolia,   5310 North Chester Avenue,   Apartment 522,   Chicago, Il  60656-1406
aty         +Timothy K Liou,   Liou Law Firm,   575 West Madison St,   Suite 361,   Chicago, IL 60661-2614
tr          +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
7824053      AARP Credit Card Services,   Bank One,   Box 15153,   Wilmington, DE  19886-5153
7824052     +Aarp,   Box 8650,   Wilmington, DE 19899-8650
7936571     +Advocate Lutheran General Hospital,   1775 Dempster Street,   Park Ridge IL 60068-1173
7936572     +Advocate Medical Group,   POB 92523,   Chicago IL 60675-2523
7824054      American Express,   Box 65048,   Dallas, TX  75265-0448
9649324      American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA 19355-0701
7824055      Aspire,   Box 105374,   Atlanta, GA  30348-5374
7824056      Associates National Bank,   Associates Credit Card Svcs,   Box 660370,   Dallas, TX  75266-0370
7824057      Capital One,   Box 85167,   Richmond, VA  23285-5167
7824059      Citgo Plus,   Box 9095,   Des Moines, IA  50368-9095
9668597     +Citibank (South Dakota) NA,   Assoc / BP Amoco Payment Center,   4300 Westown Parkway,
              West Des Moines IA 50266-1266
9917807     +Citibank (South Dakota) NA,   Exception Payment Processing,   POB 6305,   The Lakes NV 88901-6305
7824060     +CollectechSystems,   Box 4157,   Woodland Hills, CA 91365-4157
7824061      Dependon Collection Services, Inc.,   Box 6074,   River Forest, IL  60305-6074
7824062     +Diagnostic Imaging Associates,   C/O Medical Collections System, Inc.,
              725 South Wells Street, Suite 700,   Chicago, IL 60607-4578
7936573     +Diagnostic Imaging Associates LTD,   POB 4077,   Northbrook IL 60065-4077
7824063     +Elmhurst Emergency Medical Services,   C/O Pellettieri & Associates, P.C.,   991 Oak Creek Drive,
              Lombard, IL 60148-6408
7824064      Exxon Mobil,   Box 45555,   Carolstream, IL  60197-4555
7936574     +Fahey Medical Center SC,   581 Golf Road,   Des Plaines IL 60016-2368
7824065      First USA Bank, N.A.,   Box 8650,   Wilmington, DE  19899-8650
7824066     +Gottlieb Memorial Hospital,   701 West North Avenue,   Melrose Park, IL 60160-1699
7824051     +Harris & Harris, Ltd.,   Suite 700, 600 West Jackson Boulevard,   Chicago, IL 60661-5629
7824049      Janice G Spagnolia,   Apartment 522,   5310 North Chester Avenue,   Chicago, IL  60656-1406
7824067     +Jeffrey Shanes, MD,   Box 2340,   Schiller Park, IL 60176-0340
7824050     +Law Office Of Timothy K Liou,   Suite 361 575 West Madison Street,   Chicago, IL 60661-2614
9648225     +MBNA America Bank NA,   POB 15168 MS 1423,   Wilmington DE 19850-5168
7824068     +Medical Imaging Professional,   C/O KCA Financial Services,   628 North Street, Box 53,
              Geneva, IL 60134-1356
7824069      Mid America Bank,   C/O Dependon Collection Services, Inc.,   Box 6074,
              River Forest, IL  60305-6074
7936575     +Midwest Diagnostics Pathology SC,   Suite 3070,   75 Remittance Drive,   Chicago IL 60675-3070
7824070      Mitsubishi Motors Credit Of America, Inc,   Box 0555,   Carol Stream, IL  60132-0555
7824071      Our Lady Of Resurrection Medical Center,   Box 319001,   Chicago, IL  60631-9001
7824072      Phillips 66,   Phillips 66,   Des Moines, IA  50368-9060
7824073     +Providian Financial,   Box 9537,   Manchester, NH 03108-9537
7824074     +Prudential Visa Card,   P.O. Box 15026,   Wilmington, DE 19850-5026
7824077      RMP, Inc.,   Box 830913,   Birmingham, AL  35283-0913
7824075      Retailers National Bank,   Box 59231,   Minneapolis, MN  55459-0231
7824076     +Risk Management Alternatives, Inc.,   Suite 302,   7775 Baymeadows Way,
              Jacksonville, FL 32256-7532
7824078      Sprint PCS,   Box 219554,   Kansas City, MO  64121-9554
7824080     +Syncom Incorporated,   Suite 203,   5450 North West Central,   Houston, TX 77092-2061
7824081     +The D'silva Center,   Department 4657,   135 South LaSalle Street,   Chicago, IL 60674-0001
9762483      eCAST Settlement Corporation, assignee of,   Providian National Bank,   P.O. Box 35480,
              Newark, NJ  07193-5480
```

The following entities were served by electronic transmission on Feb 01, 2007.
```
aty         +E-mail/PDF: ebnnotices@theramseylawfirm.com Feb 01 2007 03:00:18     Erich Ramsey,
              Ascension Capital Group/Ramsey Law Firm,   P. O. Box 201347,   Arlington, TX 76006-1347
7824058     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 01 2007 03:01:03     Capital One Auto Finance,
              POB 201347,   Arlington TX 76006-1347
                                                                                               TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp           James L Allegretti
7824079      Summit Acceptance Coproration,   Unknown,   Cannot Be Found,
                                                                                               TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jan 31, 2007
Case: 04-07910                Form ID: pdf002          Total Served: 46

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2007**                         **Signature:**     _/s/ Joseph Speetjens_