**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **JANICE G. SPAGNOLIA** | ) | **Case No. 04 B 07910** |
| | ) | |
| **Debtors.** | ) | **Honorable Jack B. Schmetterer** |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:  THE HONORABLE JACK B. SCHMETTERER
     BANKRUPTCY JUDGE

  Final distribution of all monies has been made in accordance with the Order Awarding Compensation, a copy of which are attached hereto as Exhibit "A".

  All checks have been cashed.  Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

  The Trustee certifies that the estate has been fully administered, and requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.


|  10/17/07  | /s/ David R. Herzog |
|---|---|
| DATE | TRUSTEE |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JANICE G. SPAGNOLIA | ) | Case No. 04 B 07910 |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

ORDER AWARDING TRUSTEE'S
COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are as follows;

1. Trustee's compensation    $    6,386.48
2. Trustee's expenses        $        0.00

                                    TOTAL    $    6,386.48

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this  2/22/07

ENTERED

UNITED STATES BANKRUPTCY JUDGE

FEB 2 2 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-07910 JS  
**Case Name:** SPAGNOLIA, JANICE G.  

**Taxpayer ID #:** 13-7435079  
**Period Ending:** 10/17/07  

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/08/04 | | Allegretti & Associates | P.I. Settlement Proceeds | | | 31,862.59 | | 31,862.59 |
| | {5} | Allegretti & Associates | Personal Injury Settlement | 70,000.00 | 1242-000 | | | 31,862.59 |
| | | James Allegretti | Special Counsel's Attorneys Fees | -23,333.33 | 3210-600 | | | 31,862.59 |
| | | James Allegretti | Special Counsel's Costs | -191.73 | 3220-000 | | | 31,862.59 |
| | | Various Medical Claims | Payment of various medical claims (p.i. case) | -14,612.35 | 7100-000 | | | 31,862.59 |
| 12/16/04 | 1001 | Janice Spanolia | Payment of Homestead Exemption | | 8100-002 | | 7,500.00 | 24,362.59 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | | 1270-000 | 4.24 | | 24,366.83 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | | 1270-000 | 6.11 | | 24,372.94 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 5.81 | | 24,378.75 |
| 02/28/05 | | CHASE | Federal Withholding | | 2810-000 | | 2.90 | 24,375.85 |
| 02/28/05 | | CHASE | Federal Withholding | | 2810-000 | | 1.63 | 24,374.22 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 7.25 | | 24,381.47 |
| 03/31/05 | | CHASE | Federal Withholding | | 2810-000 | | 2.03 | 24,379.44 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 7.01 | | 24,386.45 |
| 04/30/05 | | CHASE | Federal Withholding | | 2810-000 | | 1.96 | 24,384.49 |
| 05/26/05 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE #04-07910, Blanket Bond Premium Voided on 05/26/05 | | 2300-000 | | 20.76 | 24,363.73 |
| 05/26/05 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2005 FOR CASE | | 2300-000 | | -20.76 | 24,384.49 |

**Subtotals :**     **$31,893.01**     **$7,508.52**

{} Asset reference(s)           Printed: 10/17/2007 02:53 PM    V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-07910 JS  
**Case Name:** SPAGNOLIA, JANICE G.  

**Taxpayer ID #:** 13-7435079  
**Period Ending:** 10/17/07  

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | #04-07910, Blanket Bond Premium<br>Voided: check issued on 05/26/05 |  |  |  |  |
| 05/26/05 | 1003 | International Sureties | Blanket Bond Premium | 2300-000 |  | 20.76 | 24,363.73 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 7.25 |  | 24,370.98 |
| 05/31/05 |  | CHASE | Federal Withholding | 2810-000 |  | 2.03 | 24,368.95 |
| 06/30/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 7.78 |  | 24,376.73 |
| 06/30/05 |  | CHASE | Federal Withholding | 2810-000 |  | 2.18 | 24,374.55 |
| 07/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4500% | 1270-000 | 8.45 |  | 24,383.00 |
| 07/31/05 |  | CHASE | Federal Withholding | 2810-000 |  | 2.37 | 24,380.63 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 9.32 |  | 24,389.95 |
| 08/31/05 |  | CHASE | Federal Withholding | 2810-000 |  | 2.61 | 24,387.34 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 9.59 |  | 24,396.93 |
| 09/30/05 |  | CHASE | Federal Withholding | 2810-000 |  | 2.69 | 24,394.24 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 10.60 |  | 24,404.84 |
| 10/31/05 |  | CHASE | Federal Withholding | 2810-000 |  | 2.97 | 24,401.87 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 11.03 |  | 24,412.90 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.21 |  | 24,425.11 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 13.76 |  | 24,438.87 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 13.13 |  | 24,452.00 |
| 03/01/06 | 1004 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2006 FOR CASE #04-07910 | 2300-000 |  | 19.08 | 24,432.92 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.54 |  | 24,447.46 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.48 |  | 24,462.94 |

**Subtotals :**   **$133.14**   **$54.69**

{} Asset reference(s)                                                                                                      Printed: 10/17/2007 02:53 PM    V.9.55

**Form 2**

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-07910 JS  
**Case Name:** SPAGNOLIA, JANICE G.

**Taxpayer ID #:** 13-7435079  
**Period Ending:** 10/17/07

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.63 | | 24,479.57 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.10 | | 24,495.67 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.65 | | 24,512.32 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.66 | | 24,528.98 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.58 | | 24,544.56 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.20 | | 24,561.76 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.14 | | 24,577.90 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.61 | | 24,593.51 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.40 | | 24,609.91 |
| 02/22/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 9.19 | | 24,619.10 |
| 02/22/07 | | To Account #********1966 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | | 24,619.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,182.31 | 32,182.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,619.10 | |
| | | | **Subtotal** | | 32,182.31 | 7,563.21 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,182.31** | **$63.21** | |

{} Asset reference(s)

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 04-07910 JS  
**Case Name:** SPAGNOLIA, JANICE G.  

**Taxpayer ID #:** 13-7435079  
**Period Ending:** 10/17/07

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/07 | | From Account #********1965 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | 24,619.10 | | 24,619.10 |
| 02/28/07 | 101 | David Herzog, Trustee in Bankruptcy | Final Distribution | 2100-000 | | 6,386.48 | 18,232.62 |
| 02/28/07 | 102 | American Express | Final Distribution | 7100-000 | | 2,440.68 | 15,791.94 |
| 02/28/07 | 103 | Capital One Auto Finance | Final Distribution | 7100-000 | | 3,909.25 | 11,882.69 |
| 02/28/07 | 104 | Citibank (South Dakota) | Final Distribution<br>Stopped on 06/01/07 | 7100-000 | | 854.59 | 11,028.10 |
| 02/28/07 | 105 | Citibank (South Dakota) | Final Distribution<br>Stopped on 06/01/07 | 7100-000 | | 433.82 | 10,594.28 |
| 02/28/07 | 106 | eCast Settlement Corp. | Final Distribution | 7100-000 | | 2,336.54 | 8,257.74 |
| 02/28/07 | 107 | Citibank (South Dakota) | Final Distribution | 7100-000 | | 4,026.14 | 4,231.60 |
| 02/28/07 | 108 | Diagnostic Imagining | Final Distribution | 7100-000 | | 307.12 | 3,924.48 |
| 02/28/07 | 109 | MBNA America Bank NA | Final Distribution | 7100-000 | | 3,924.48 | 0.00 |
| 06/01/07 | 104 | Citibank (South Dakota) | Final Distribution<br>Stopped: check issued on 02/28/07 | 7100-000 | | -854.59 | 854.59 |
| 06/01/07 | 105 | Citibank (South Dakota) | Final Distribution<br>Stopped: check issued on 02/28/07 | 7100-000 | | -433.82 | 1,288.41 |
| 06/01/07 | 110 | Clerk of the U.S. Bankruptcy Court | Deposit of Unclaimed funds | 7100-000 | | 1,288.41 | 0.00 |

Subtotals :   $24,619.10   $24,619.10

{} Asset reference(s)

Printed: 10/17/2007 02:53 PM    V.9.55

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 04-07910 JS | **Trustee:** | DAVID HERZOG (330520) |
| --- | --- | --- | --- |
| **Case Name:** | SPAGNOLIA, JANICE G. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****19-66 - Checking Account |
| **Taxpayer ID #:** | 13-7435079 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 10/17/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 24,619.10 | 24,619.10 | $0.00 |
| | | | Less: Bank Transfers | | 24,619.10 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,619.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$24,619.10** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****19-65** | 32,182.31 | 63.21 | 0.00 |
| **Checking # ***-*****19-66** | 0.00 | 24,619.10 | 0.00 |
| | $32,182.31 | $24,682.31 | $0.00 |

{} Asset reference(s)

Printed: 10/17/2007 02:53 PM    V.9.55