UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JANICE G. SPAGNOLIA, | ) | CASE NO. 04 B 07910 |
| | ) | |
| DEBTOR(S). | ) | HON. JACK B. SCHMETTERER |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:** David Herzog
77 W. Washington Street, Suite 1717
Chicago, IL 60602
drhlaw@mindspring.com

**Please Take Notice** that on **November 26, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: November 26, 2007         BY: /s/ Cameron M. Gulden
                                     Cameron M. Gulden, Attorney
                                     Attorney Id.# 0310931
                                     Office of the U.S. Trustee
                                     227 W. Monroe St., Suite 3350
                                     Chicago, IL  60606
                                     (312) 886-2614

**CERTIFICATE OF SERVICE**

I, Cameron M. Gulden, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on November 26, 2007.

/s/ Cameron M. Gulden